**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Micheal Ellis,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Circle K Corporation, et al,,<br><br>　　　　Defendants. | No. CV-19-01145-PHX-SPL<br><br>**ORDER** |

　　　　On March 7, 2019, the Court granted Defendants' Motion to Dismiss and terminated this action (Doc. 22). On March 15, 2019, Plaintiff filed a Notice of Appeal (Doc. 23), an Application to Proceed in Forma Pauperis (Doc. 24), and a Motion to Appoint Counsel (Doc. 25). Because this case is closed, the underlying action has been dismissed, and Plaintiff has failed to identify any authority which permits him to file these documents, they will be stricken. Plaintiff is advised that any future filings that are not authorized by the local and federal rules will likewise be stricken. To the extent Plaintiff is seeking the above relief from the 9th Circuit Court of Appeals, the application and motion have been filed in the wrong court. Accordingly,

///
///
///
///
///

**IT IS ORDERED** that the Clerk of Court shall **strike** Plaintiff's unauthorized filings (Docs. 24, 25). If Plaintiff continues to file unauthorized documents, sanctions will be issued against him for failing to comply with the Court's orders and the applicable rules pursuant to Rule 83.1(f) of the Local Rules of Civil Procedure.

Dated this 18th day of March, 2019.

Honorable Steven P. Logan
United States District Judge